United States District Court
Southern District of Texas
**ENTERED**
July 23, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **HLEVICTOR A. HOSKINS, JR.,** § | |
| § | |
| *Plaintiff*, § | |
| § | |
| VS. § | **CIVIL ACTION NO. 4:25-CV-1296** |
| § | |
| **USAA CASUALTY INSURANCE** § | |
| **COMPANY,** § | |
| § | |
| *Defendant*. | |

## MEMORANDUM & ORDER

Before the Court is Plaintiff's Motion for Leave to Appeal In Forma Pauperis. ECF No. 35. The information Plaintiff provided in Form 4 of the Federal Rules of Appellate Procedure Appendix of Forms (ECF No. 31) demonstrates his inability to pay or give security, and Plaintiff's Motion for Leave to Appeal includes a statement of issues he intends to present on appeal. Pursuant to Federal Rule of Appellate Procedure 24(a), Plaintiff's Motion for Leave to Appeal In Forma Pauperis (ECF No. 35) is **GRANTED**. Plaintiff may proceed on appeal without prepaying or giving security for fees and costs.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 23rd day of July, 2025.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

1